IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 05-123-1 |
| ISAISA SANCHEZ<br>USM#59092-066 | : |

### O R D E R

AND NOW this 4th day of August, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 299 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

The Honorable Cynthia M. Rufe
United States District Court Judge