IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 05-123-1 |
| | : |
| ISAISA SANCHEZ | : |
| USM#59092-066 | : |

### ORDER

AND NOW this *17th* day of *August*, 2015, after the Defendant Isaisa Sanchez expressed in writing that he rejects the Committee's[1] proposed reduction agreement pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, reducing his term of imprisonment to 292 months, it is hereby **ORDERED** that the order dated August 9, 2015 reducing Mr. Sanchez's sentence to 299 months is **VACATED.**

BY THE COURT:

_____
THE HONORABLE CYNTHIA M. RUFE
United States District Court Judge

---

[1] The Committee is comprised of members of the Federal Community Defender Office for the Eastern District of Pennsylvania, the United States Attorney's Office and the United States Probation Office.

cc
U.S. M.S (2) cc