IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 05-123-1 |
| | : |
| ISAISA SANCHEZ | : |
| USM#59092-066 | : |

**ORDER**

AND NOW this 5th day of October, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 292 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

The Honorable Cynthia M. Rufe
United States District Court Judge

ec
USMS(2)cc

| CONSENT TO AGREEMENT ||
|---|---|
| Previous Total Offense Level: 39 | 2011 Crack Resentence: N/A |
| Criminal History Category: IV | Amended Total Offense Level: 37 |
| Previous Guideline Range: 360 to Life | Amended Guideline Range: 292 to 365 months |
| Previous Sentence: 300 months | **Amended Sentence: 292 months** |

I understand this determination of eligibility is a preliminary agreement pending receipt of my disciplinary record and further review by the parties. I also understand that the judge retains discretion to grant or deny the proposed agreement. I further consent for the Federal Community Defender Office for the Eastern District of Pennsylvania to represent me in this matter. By accepting this proposed reduction agreement, I agree that any and all prior pending pro se motion(s) with regard to a sentence reduction under Amendment 782 to the Sentencing Guideline is now moot.

Signature: _/s/_

Print Name: Isaisa Sanchez

Date: 9-26-15